**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7234**
_____

NORIS EUGENE HUDSON,

             Plaintiff - Appellant,

        v.

FNU EVANS, Nurse; FNU COFFEY, Nurse; FNU NICHOLS, Screening
Officer,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:10-cv-00100-GCM)

_____

Submitted:  February 24, 2011          Decided:  March 2, 2011

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Noris Eugene Hudson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noris Eugene Hudson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hudson v. FNU Evans, No. 5:10-cv-00100-GCM (W.D.N.C. Aug. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED